# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**OLUWASHINA KAZEEM AHMED-AL-KHALIFA,**

    **Plaintiff,**

v.                                     **CASE NO. 5:13-cv-103-RS-CJK**

**QUEEN ELIZABETH II, et al.,**

    **Defendants.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 5). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's complaint (Doc. 1) is **DISMISSED with prejudice**, as the court lacks subject matter jurisdiction, and the claims are barred by the statute of limitations and on standing grounds.

3. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **DENIED**.

4. Plaintiff's motion to appoint counsel is **DENIED as moot**.

5. The clerk is directed to close the file.

**ORDERED** on May 21, 2013.

<u>/S/ Richard Smoak</u>
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**